168 F.3d 478
 Timothy Hayes, M.D., Arthur N. Barnaby, M.D., William D.
Smith, M.D., Gregory J. Lynch, C.O., Ted S. Eisenberg, D.O.,
Arthur J. Martella, M.D., Robert Driscoll, D.O., George
Isajiw, M.D., Eric J. Carlson, M.D., Charles H. Schaefer,
M.D., V.S. Shamkar, M.D., Francis C. Collins, D.O., John
Salahub, D.P.M., Alphonse DiGiovanni, M.D., Michael L.
Schorr, D.O., Ellen A. Mahony
v.
Tom Ridge, Governor of Commonwealth of Pennsylvania,
Nicolette Parisi, Inspector General
 NO. 97-1982
 United States Court of Appeals,
Third Circuit.
 October 27, 1998
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 Affirmed.